UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARLYNE GOLDSTEIN, GOLDSTEIN
FAMILY PARTNERSHIP, L.P. and
ANGUILLA DEVELOPMENT, LLC,

                Plaintiffs,

- against -

PAUL FOLEY, ANGUILLA HOLDING
CORP., and CLAUDE P. PRIOLET,

                Defendants.

09 Civ. 1130 (PGG)

ORDER

---

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that there shall be a status conference in the above-captioned action on September 4, 2009 at 10:30 a.m. at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas St., White Plains, New York.

Dated:     New York, New York
            August 3, 2009

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/09